| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Freudenthal, Nancy D. | District Court - Wyoming | 04/20/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Office of Judge Freudenthal
2120 Capitol Ave.
Cheyenne, WY 82001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. President | Ewing T. Kerr Inn of Court |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | State of Wyoming Retirement Plan with former employer, no control, agreement signed in 2003. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Crowell & Moring - salary |
| 2. 2014 | Arch Coal, Inc. - director income |
| 3. 2014 | State of Wyoming - retirement distribution |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 3-6, 2014 | Washington, DC | Board meeting | transportation, lodging, food |
| 2. | Tri-State Federal Bar Association | October 9-11, 2014 | Jackson, WY | Tri-State Federal Bar Convention | transportation, lodging, food |
| 3. | George Mason University School of Law | September 7-12, 2014 | Arlington, VA | Economic Institute for Judges | transportation, lodging, food |
| 4. | University of Wyoming Foundation | March 5-8, 2014 | Houston, TX | Exploratory meetings attended by ▮▮▮ (former governor) for new Institute at UW. | transportation, lodging, food |
| 5. | National Governor's Association | November 14-16, 2014 | Denver, CO | Attend conference for new governor's ▮▮▮. | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/20/2015 |

| 6. | State of Wyoming | December 29-30, 2014 | Jackson, WY | Attend event ▓▓▓▓ honoring former Tourism Board member. | transportation, lodging, food |
|---|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Cheyenne Family YMCA | ▓ membership | $605.00 |
| 2. | Maurice Brown | Transportation, food, beverages to attend, as a guest, Denver Bronco game on 12/28/14 | $750.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Meridian Trust FCU cash account #1 | A | Interest | L | T | | | | | |
| 2. Ameriprise cash equivalents | A | Int./Div. | K | T | | | | | |
| 3. INDZX | A | Dividend | K | T | | | | | |
| 4. INUTX | A | Dividend | K | T | | | | | |
| 5. RiverSource Life Annuity Non-Qual | A | Int./Div. | M | T | | | | | |
| 6. RiverSource Life Annuity IRA | A | Int./Div. | M | T | | | | | |
| 7. RiverSource Life Annuity IRA | A | Int./Div. | O | T | | | | | |
| 8. Mass Mutual Life Insurance | D | Dividend | M | T | | | | | |
| 9. ING Life Insurance | B | Interest | L | T | | | | | |
| 10. Stifel Nicolaus Cash Equivalents (Trust #1) | A | Interest | J | T | | | | | |
| 11. BMY Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 12. GE Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 13. HD Stock (Trust #1)? | A | Dividend | | | Sold | 10/23/14 | J | C | |
| 14. INTC Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 15. PEP Stock (Trust #1)? | A | Dividend | | | Sold | 10/23/14 | K | E | |
| 16. TWX Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 17. MMM Stock (Trust #1) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Freudenthal, Nancy D. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BGR Mutual Fund (Trust #1) | B | Dividend | J | T | | | | | |
| 19. EOI Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 20. EOS Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 21. EXG Mutual Fund (Trust #1) | A | Dividend | J | T | | | | | |
| 22. ETJ Mutual Fund (Trust #1) | C | Dividend | K | T | | | | | |
| 23. KYE Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 24. CWGIX Mutual Fund (Trust #1) | A | Dividend | J | T | | | | | |
| 25. TEPLX (Trust #1) | A | Dividend | K | T | | | | | |
| 26. ITHAX Mutual Fund (Trust #1) | A | Int./Div. | K | T | | | | | |
| 27. LAGWX (Trust #1) | A | Int./Div. | K | T | Sold (part) | 10/28/14 | J | C | |
| 28. TVAFX (Trust #1) | A | Int./Div. | J | T | Sold (part) | 10/23/14 | J | A | |
| 29. DOM investment (Trust #1) | A | Dividend | | | Sold | 06/18/14 | J | A | |
| 30. UBS Pathfinders treasury & Growth Stock Series 31 (Trust #1 | A | Dividend | K | T | | | | | |
| 31. TPINX (Trust #1) | A | Dividend | | | Sold | 10/23/14 | J | D | |
| 32. RBSPRM Securities (Trust #1) | A | Dividend | J | T | | | | | |
| 33. RBSPRQ Securities (Trust #1) | A | Dividend | J | T | | | | | |
| 34. WFCPRJ Securities (Trust #1) | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Residential property, ▮ Park County, Wyoming (Trust #1) | | None | M | S | | | | | |
| 36. Rental property, ▮ Park County, Wyoming (Trust #1) | C | Rent | K | S | | | | | |
| 37. North Carolina HSG Fin Agy Bonds (Trust #1) | A | Int./Div. | | | Closed | 03/27/14 | J | | |
| 38. CAIBX mutual fund (Trust #1) | B | Dividend | | | Closed | 03/27/14 | J | | |
| 39. FITAX mutual fund (Trust #1) | A | Int./Div. | | | Closed | 03/27/14 | K | | |
| 40. FKINX mutual fund (Trust #1) | B | Dividend | | | Closed | 03/27/14 | J | | |
| 41. AMECX mutual fund (Trust #1) | A | Int./Div. | | | Closed | 03/27/14 | K | | |
| 42. Edward Jones Money Market (Trust #1) | A | Interest | | | Closed | 03/27/14 | J | | |
| 43. Meridian Trust FCU cash account #2 | A | Interest | J | T | | | | | |
| 44. Ameriprise Active Diversified Alternatives Moderate Portfolio | D | Int./Div. | N | T | | | | | |
| 45. HFLAX Mutual Fund (Trust #1) | A | Int./Div. | K | T | | | | | |
| 46. Casper WY Cmnty Col. Rev Bonds (Trust #1) | A | Interest | | | Closed | 03/27/14 | J | | |
| 47. Oregon Trail Bank cash account | A | Interest | J | T | | | | | |
| 48. Fid Freedom K 2015 | B | Interest | L | T | | | | | |
| 49. Arch Coal, Inc. Retirement Account | | None | K | T | | | | | |
| 50. Jefferies Group Inc New Senior Note (Trust #1) | A | Int./Div. | K | T | | | | | |
| 51. Carbon Cty School Dist. GO Bonds (Trust #1) | A | Int./Div. | | | Closed | 03/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ameriprise Cash Reserve Certificate | A | Interest | L | T | Buy | 01/23/14 | K | | |
| 53. Ameriprise DF Active Diversified Alternatives Moderate Portfolio | C | Int./Div. | N | T | Buy | 03/03/14 | L | | |
| 54. | | | | | Buy (add'l) | 05/15/14 | L | | |
| 55. | | | | | Buy (add'l) | 06/15/14 | L | | |
| 56. | | | | | Buy (add'l) | 08/15/14 | K | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, #1 - I have received an opinion from the Judicial Ethics Committee allowing receipt and use of this membership gift.

Part VII, #35 - The value of the residential property located in ▮▮▮ Park County, Wyoming has been estimated using the Park County Assessor's 2015 estimate of fair market value of $206,802.

Part VII, #36 - The value of the rental property located in ▮▮ Park County, Wyoming has been estimated using the Park County Assessor's 2015 estimate of fair market value of $47,174.

Part VII, #37,38,39,40,41, 42, 46 & 51 - These accounts were closed and the investments were transferred out of the trust to an investment account over which I have no trust authority or obligation.

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/20/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy D. Freudenthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544